UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) |
| LUCENA BETANCOURT-LONDONO | ) ) |
| _____ | ) |

**ORDER**

The motion of the Federal Public Defender to withdraw and appoint Hector Flores, Esq., as CJA counsel is GRANTED. Mr. Flores is now CJA counsel for Ms.. Betancourrt-Londono.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record
             Lucy Lara